# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 19, 2006

131024

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

_____

IN RE ARIEL RACHEL THOMPKINS, Minor.

_____

DEPARTMENT OF HUMAN SERVICES,
f/k/a FAMILY INDEPENDENCE AGENCY,
       Petitioner-Appellee,

v

JOHN WESLEY STAFFORD, III,
       Respondent-Appellant.

SC: 131024
COA: 263087
Wayne CC
 Family Division: 87-263629-NA

_____/

     On order of the Court, the application for leave to appeal the March 28, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 19, 2006

_____
Clerk

s0516